IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 115-077 |
| | ) | |
| BRANDON CHARLES WRIGHT | ) | |
| EUGENE MICHAEL GROSS | ) | |

**ORDER**

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 253.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendants Gross' and Wright's motions to suppress. (Doc. nos. 169, 183.)

SO ORDERED this 23rd day of December, 2015, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA