UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and STATESBORO DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
PATRICIA G. RHODES
October 29, 2019 through October 31, 2019.

Case Nos.:

CR118-029, G. Okolie, et. al.
CR119-018, Z. Gordon, et. al.
CR119-029, O. Echols, et. al.
CR119-030, S. Fennell
CR119-032, J. Hambrick, et. al.
CR119-033, T. Moore
CR119-047, W. Forrester, et. al.
CR119-077, V. Kunakowsky (Inf)
CR119-110, C. Bolt
CR119-113, T. Freeman, et. al.
CR113-010, A. Willingham
CR117-027, J. Hamm
CR111-270, L. Ware
CR117-082, M. Timmerman
CR115-077, B. Wright
CR116-058, D. Cobb

CR619-007, A. Powell

CV118-027, A. Willingham
CV118-192, J. Hamm
CV116-014, L. Ware
CV119-046, M. Timmerman
CV119-064, B. Wright
CV119-135, D. Cobb

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of October 29, 2019 through October 31, 2019 to attend CLE training at the National Advocacy Center; same is hereby GRANTED.

This 30th day of September, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA